IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CLEVELAND WEBSTER,** | : | |
| Petitioner | : | |
| v. | : | **5:04-CR-22 (WDO)** |
| | : | **5:06-CV-317 (WDO)** |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

**ORDER**

Having carefully considered the Magistrate Judge's Report and Recommendation to dismiss this habeas petition based on Petitioner's failure to present any claims with legal merit, and having carefully considered Petitioner's objections thereto, the Recommendation is ADOPTED and made the order of the Court. Petitioner's motion to vacate or correct his sentence is denied.

SO ORDERED this 5th day of June, 2007.

S/
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**