IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| CLEVELAND WEBSTER, | : | |
|---|---|---|
| Petitioner | : | |
| VS. | : | NO. 5:04-CR-22 (WDO) |
| | : | NO. 5:06-CV-317 (WDO) |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | **O R D E R** |

Before the Court is petitioner **CLEVELAND WEBSTER'S** motion for leave to proceed *in forma pauperis* on appeal (# 69). On June 26, 2007, the undersigned denied petitioner the issuance of a certificate of appealability, which renders the motion to proceed *in forma pauperis* moot.

Therefore, petitioner's motion to proceed *in forma pauperis* on appeal is **DENIED AS MOOT**.

**SO ORDERED**, this 19th day of July, 2007.

    S/
    WILBUR D. OWENS, JR.
    UNITED STATES DISTRICT JUDGE

cr